# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITE HERE RETIREMENT FUND       :

           and                      :

TRUSTEES OF THE UNITE HERE       :
RETIREMENT FUND,                :
333 Westchester Ave., North Building    :      NO.  7:24-cv-10003-CS
White Plains, New York 10604,       :

                             :       *[PROPOSED]*
           *Plaintiffs,*       :       **DEFAULT JUDGMENT**
      v.                        :       **AGAINST DEFENDANTS**
                             :       **LA GRENOUILLE, INC and**
LA GRENOUILLE, INC.       :       **3 E. 52ND St. CORP.**
3 East 52nd Street       :
New York, NY 10022       :

           and                      :

3 E. 52nd ST. CORP.       :
3 East 52nd Street       :
New York, NY 10022       :

           and                      :

PHILIPPE MASSON       :
301 East 66th Street, Unit 17F       :
New York, NY 10065       :

           *Defendants.*       :

_____ :

Having considered the Declaration of William T. Josem, Esquire, in support of an Order to Show Cause for the Entry of Default Judgment against Defendants La Grenouille, Inc. and 3 E. 52nd St. Corp., filed by Plaintiffs, UNITE HERE Retirement Fund and Trustees of the UNITE HERE Retirement Fund (collectively, "Plaintiffs"), and any responses and replies thereto, and having concluded that Default Judgment should be ENTERED,

IT IS, THEREFORE, hereby ORDERED that a DEFAULT JUDGMENT is hereby ENTERED in favor of Plaintiffs and against Defendant La Grenouille, Inc. in the total amount of $528,620.63, which is comprised of the following amounts:

    a.   $3,453.31 in principal delinquent contributions revealed by the audit for the months of January 1, 2018, through December 31, 2021, pursuant to 29 U.S.C. §1132(g)(2)(A);

    b.   $327,810.08 in delinquent contributions for the period July 2021 through July 2022 and September 2022 through September 2023;

    c.   Interest on the delinquent audit amount set forth in subparagraph a above of $1,466.09, and on the delinquent contribution amount set forth in subparagraph b above in the amount of $123,064.27, through July 15, 2025, plus an additional $34.53 per month or part thereof in interest on the audit claim and $3,278.10 per month or part thereof in interest on the delinquent contribution claim, from July 16, 2025 through the date of this judgment, as calculated at a rate of one percent (1%) per month or portion of a month of the delinquency, pursuant to the Fund's Collections Policy and 29 U.S.C. §1132(g)(2)(B);

    d.   Liquidated damages of $690.66 on the audit claim and $65,562.02, on the delinquent contributions referenced in subparagraphs a and b above, which is equal to the greater of 20% of the principal delinquency, or the amount of interest, pursuant to the Fund's Collections Policy and 29 U.S.C. §1132(g)(2)(C);

    e.   Plaintiffs' reasonable attorneys' fees and costs of this action with respect to the delinquent contribution claim through July 15, 2025 in the amount of $6,574.20, pursuant to 29 U.S.C. §1132(g)(2)(D).

IT IS FURTHER ORDERED that Defendant La Grenouille, Inc. shall produce payroll records and submit to a payroll audit by the Fund for the month of August 2022 and for the months of October 2023 through September 2024, and that DEFAULT JUDGMENT is HEREBY ENTERED against La Grenouille, Inc. in an unknown amount to be determined by such payroll audit.

IT IS FURTHER ORDERED that a DEFAULT JUDGMENT is hereby ENTERED in favor of Plaintiffs and against both Defendant La Grenouille, Inc. and Defendant 3 E. 52nd St. Corp., jointly and severally, in the total amount of $4,282,315.30, which is comprised of the following amounts:

    a) Withdrawal liability in the principal amount of $3,337,854.81; and

    b) Interest that has accrued on the accelerated withdrawal liability through July 15, 2025 in the amount of $267,028.38, plus an additional $33,378.55 per month or part thereof, from July 16, 2025 through the date of this Judgment, as computed pursuant to Sections 502(g)(2)(B), 4219(c)(6) and 4301(b) of ERISA, 29 U.S.C. §§ 1132(g)(2)(B), 1399(c)(6) and 1451(b) and the Fund's Collections Policy; and

    c) Liquidated damages on the accelerated withdrawal liability in the amount of $667,570.96 (20% of the withdrawal liability amount), pursuant to Sections 502(g)(2)(C) and 4301(b) of ERISA, 29 U.S.C. §§ I 132(g)(2)(C) and 1451(b) and the Fund's Collections Policy; and

    d) Plaintiffs' reasonable attorneys' fees and costs of this action through July 15, 2025 with respect to the withdrawal liability claim in the amount of $9,861.30, pursuant to Sections 502(g)(2)(D) and 4301(b) of ERISA, 29 U.S.C. §§ 1132(g)(2)(D) and 1451(b) and the Fund's Collections Policy.

The Court FURTHER ORDERS that Defendants La Grenouille, Inc. and 3 E. 52nd St. Corp. pay attorneys' fees and costs incurred by Plaintiffs after July 15, 2025, including fees and costs incurred in executing upon the judgment; and

The Court FURTHER ORDERS Defendants La Grenouille, Inc. and 3 E. 52nd St. Corp. to pay post-judgment interest on the above judgment amounts at the rate permitted by 29 U.S.C. § 1961 from the date of this Judgment to the date paid.

This ORDER is without prejudice to any further claims Plaintiffs may have against

Defendants La Grenouille, Inc. and 3 E. 52nd St. Corp. and against Defendant Philippe Masson.

SO ORDERED.

ENTERED: _____ August 28_____, 2025
        White Plains, New York

_____
Hon. Cathy Seibel
United States District Judge