## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITE HERE RETIREMENT FUND | : | |
| | : | |
| and | : | |
| | : | |
| TRUSTEES OF THE UNITE HERE | : | |
| RETIREMENT FUND, | : | |
| 333 Westchester Ave., North Building | : | NO.  7:24-cv-10003-CS |
| White Plains, New York 10604, | : | |
| | : | [PROPOSED] |
| *Plaintiffs*, | : | **DEFAULT JUDGMENT** |
| | : | **AGAINST DEFENDANT** |
| v. | : | **PHILIPPE MASSON** |
| | : | |
| LA GRENOUILLE, INC. | : | |
| 3 East 52nd Street | : | |
| New York, NY 10022 | : | |
| | : | |
| and | : | |
| | : | |
| 3 E. 52nd ST. CORP. | : | |
| 3 East 52nd Street | : | |
| New York, NY 10022 | : | |
| | : | |
| and | : | |
| | : | |
| PHILIPPE MASSON | : | |
| 301 East 66th Street, Unit 17F | : | |
| New York, NY 10065 | : | |
| | : | |
| *Defendants*. | : | |

Having considered the Declaration of William T. Josem, Esquire, in support of an Order to Show Cause for the Entry of Default Judgment against Defendant Philippe Masson, filed by Plaintiffs, UNITE HERE Retirement Fund and Trustees of the UNITE HERE Retirement Fund (collectively, "Plaintiffs"), and any responses and replies thereto, and having concluded that Default Judgment should be ENTERED,

Case 7:24-cv-10003-CS    Document 43    Filed 03/02/26    Page 2 of 3

IT IS, THEREFORE, hereby ORDERED that a DEFAULT JUDGMENT is hereby ENTERED in favor of Plaintiffs and against Defendant Masson in the total amount of $495,106.50, which is comprised of the following amounts:

a.  $3,453.31 in principal delinquent contributions revealed by the audit for the months of January 1, 2018, through December 31, 2021, pursuant to 29 U.S.C. §1132(g)(2)(A);

b.  $327,810.08 in delinquent contributions for the period July 2021 through July 2022 and September 2022 through September 2023;

c.  Interest on the delinquent audit amount set forth in subparagraph a above of $1,742.35, and on the delinquent contribution amount set forth in subparagraph b above in the amount of $147,093.76, through February 15, 2026, plus an additional $34.53 per month or part thereof in interest on the audit claim and $3,278.10 per month or part thereof in interest on the delinquent contribution claim, from February 16, 2026 through the date of this judgment, as calculated at a rate of one percent (1%) per month or portion of a month of the delinquency, pursuant to the Fund's Collections Policy and 29 U.S.C. §1132(g)(2)(B);

d.  Plaintiffs' reasonable attorneys' fees and costs of this action with respect to the delinquent contribution claim through July 15, 2025 in the amount of $15,007.00, pursuant to 29 U.S.C. §1132(g)(2)(D).

e.  This liability of Defendant Masson for delinquent contributions under this Default Judgment Order is joint and several with the liability for delinquent contributions for which Default Judgment was previously entered in this matter against Defendant La Grenouille, Inc.

The Court FURTHER ORDERS that Defendant Masson pay attorneys' fees and costs incurred by Plaintiffs after February 15, 2026, including fees and costs incurred in executing upon the judgment; and

2

The Court FURTHER ORDERS Defendant Masson.to pay post-judgment interest on the above judgment amounts at the rate permitted by 29 U.S.C. § 1961 from the date of this Judgment to the date paid.

SO ORDERED.

ENTERED: ___April 7___, 2026
White Plains, New York

_____
Hon. Cathy Seibel
United States District Judge

*The Clerk shall close the case.*

3